# VAN DRASEK v. WEBB, SECRETARY OF THE NAVY, ET AL.

No. 86–319.   Argued April 29, 1987—Decided May 18, 1987

*Stephen G. Milliken* argued the cause and filed briefs for petitioner.

*Michael K. Kellogg* argued the cause for respondents. With him on the brief were *Solicitor General Fried, Assistant Attorney General Willard, Albert G. Lauber, Jr., Richard A. Olderman, Charles R. Gross,* and *Keith T. Sefton.**

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*\*Barton F. Stichman, David F. Addlestone,* and *Alvin J. Bronstein* filed a brief for the American Civil Liberties Union et al. as *amici curiae* urging reversal.